BENJAMIN H. RAFF, Respondent, v. PAINO BROS., INC., Appellant, and NATIONAL SURETY COMPANY, Defendant.— Order appealed from denying motion of defendant Paino Bros., Inc., to vacate a warrant of seizure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

CHARLES REICH, Respondent, v. SIDNEY WARD, Defendant, and ELMER O'DONNELL, Appellant. SAMUEL REICH, Respondent, v. SIDNEY WARD, Defendant, and ELMER O'DONNELL, Appellant.— Judgments unanimously affirmed, with costs. No opinion. · Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ETHEL SCHNEIDER, Respondent, v. ADOLPH CHRISTENSEN and FRANK ZUCKER, Appellants. JEANETTE JURIST, Respondent, v. ADOLPH CHRISTENSEN and FRANK ZUCKER, Appellants.— Judgments unanimously affirmed, with costs against appellants in each case. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANTHONY SCZEZEZMA, as Administrator, etc., of JOHN MASKEWICH, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment of the City Court of Yonkers reversed on the law, with costs, and complaint dismissed, with costs. (Cinquino v. Metropolitan Life Ins. Co., 239 App. Div. 765; Travelers Ins. Co. v. Pomerantz, 246 N. Y. 63; Strang v. Prudential Ins. Co. of America, 263 id. 71.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JACOB SHWEKY, an Infant, by ABBOUD SHWEKY, His Guardian ad Litem, and ABBOUD SHWEKY, Appellants, v. JULIAN GOLDBERG and HARRY GOLDBERG, Respondents.— Order, in so far as it grants plaintiffs' motion for an examination of defendants before trial as to item numbered 1 in the notice of motion, affirmed. In so far as it grants the motion as to item numbered 2, as modified, and denies the motion as to items numbered 3 to 7, inclusive, the order is reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted to the extent of allowing the examination as to items numbered 2 to 7, inclusive, in the notice of motion, without costs. The examination is to proceed on five days' notice. The examination sought by the plaintiffs under these items, under settled authority in this department, was improperly denied to them. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., concurs on the ground that in this case, where an infant of tender years, unable to testify, is plaintiff, a more liberal rule for examination should be applied; but that ordinarily the Special Term has discretion to limit the scope of an examination to subjects which are distinctly material and necessary to plaintiff's proof on the trial, eliminating such parts as are obviously included in bad faith and for the purpose only of discovering what proof defendant will eventually offer.

JAMES F. TUTHILL, Respondent, v. CHARLES L. CRAIG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.